# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOAN SHRUM,<br><br>        Plaintiff,<br><br>   v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 2:21-cv-00255-KJD-EJY<br><br>[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

This matter came before the Court upon Defendant Midland Credit Management, Inc.'s ("Midland") Motion for Extension of Time to Respond to Complaint (ECF No. 5), and the Court having reviewed the Motion,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time to Respond to Complaint (*id.*) is GRANTED.

IT IS FURTHER ORDERED that Midland's deadline to file a responsive pleading is extended for twenty-one (21) days, and that such responsive pleading shall be due on or before April 9, 2021.

This 11th day of March, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE