LEX DOMUS LAW
Brandi M. Planet, Esq., NV #11710
1712 Tesara Vista Place
Las Vegas, Nevada 89128
Telephone: (702) 702-340-9227
Fax: (702) 472-8605
Email: brandi@lexdomuslaw.com
*Attorneys for Defendant*
*Midland Funding LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAN SHRUM,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:21-cv-00255-KJD-EJY<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**Complaint Filed: February 16, 2021** |

This matter came before the Court upon Defendant Midland Credit Management, Inc.'s ("Midland") Unopposed Motion for Extension of Time to Respond to Complaint, and the Court having reviewed the Motion and any response thereto, it is hereby

ORDERED that Midland's deadline to file a responsive pleading is extended for twenty-eight (28) days, and that such responsive pleading shall be due on or before May 7, 2021.

Dated: March 30, 2021

_____
UNITED STATES MAGISTRATE JUDGE